UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACQUELINE CONNELL,              )
                                 )   2:08-cv-00062-GEB-CMK
           Plaintiff,            )
                                 )   <u>STATUS (PRETRIAL</u>
      v.                         )   <u>SCHEDULING) ORDER</u>
                                 )
FRANK LIVOLSI, M.D.,             )
                                 )
           Defendant.            )
_____)

On April 14, 2008, the parties filed a Joint Status Report ("JSR") in which Defendant states he is waiting for the Secretary of the Department of Health & Human Services ("DHHS") to determine whether he was "acting within the scope of his office or employment" at the times alleged in Plaintiff's complaint.[1]

Defendant asserts in the JSR that "[i]t may take the Federal Government and DHHS 30 to 45 days to respond" to his request that he be "deemed to be an employee of the Public Health Service for the purposes of 42 U.S.C. § 233 and the [Federal Tort Claims Act]".[2] JSR at 3. Thus, Defendant indicates this determination should be made at least by May 29, 2008, which is 45 days after the JSR was filed. Further, Defendant states "if [he] is not deemed an employee and is denied representation by the

---

[1] A status conference was scheduled in this action on April 28, 2008. The parties' request to appear at this status conference telephonically was granted, but they failed to timely appear. Therefore, the status conference was vacated.

[2] This action was removed to federal court on January 10, 2008.

1  Federal Government, then [he] will file a Motion to Certify
2  pursuant to 28 U.S.C. § 2679(d)(3)." JSR at 3.
3          The parties do not discuss in the JSR the portion of 42
4  U.S.C. § 233(l)(2), wherein it prescribes that this action "shall
5  be stayed ... until [the] court conducts a hearing, and makes a
6  determination, as to the appropriate forum" in which this action
7  should be litigated.  This action is stayed under § 233(l)(2).
8  Further, should Defendant decide to file a motion in which he seeks
9  to be certified as acting within the scope of his office or
10 employment, that motion shall be timely filed and noticed for
11 hearing no later than July 14, 2008 at 9:00 a.m.[3]
12         A further status hearing is scheduled to commence at 9:00
13 a.m. on September 15, 2008.  A Joint Status Report shall be filed
14 no later than September 2, 2008.
15         IT IS SO ORDERED.
16 Dated:  April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[3]  "A copy of the [motion] shall be served upon the United States in accordance with the provisions of Rule 4(d)(4) of the Federal Rule of Procedure."  28 USC § 2679(d)(3).  The Clerk of the Court shall serve a copy of this order on the United States Attorney's Office.