MCGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CONNELL, | Case No.  2:08-cv-00062 GEB CMK |
| Plaintiff, | **UNITED STATES OF AMERICA'S REQUEST FOR AN ORDER LIFTING STAY; PROPOSED ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States of America requests that the Court enter an order lifting the stay in this case. In support of its request, the United States respectfully states as follows:

1. Plaintiff commenced this action by filing a Complaint for Damages in the Superior Court of the State of California, County of Shasta, Case No. 161941, on December 6, 2007. Then-defendant Frank LiVolsi, M.D. removed the case to this Court on January 10, 2008. Docket No. 1.

2. In a Joint Status Report [Docket No. 8], Dr. LiVolsi stated that he was awaiting a determination by the Secretary of the Department of Health & Human Services of whether he was acting within the scope of his employment for purposes of 42 U.S.C. § 233 and the Federal Tort Claims Act.

3. In its May 1, 2008 Status (Pretrial) Scheduling Order [Docket No. 9], the Court stayed this case pursuant to 42 U.S.C. § 233(l)(2), as follows:

> The parties do not discuss in the JSR the portion of 42 U.S.C. § 233(l)(2), wherein it prescribes that this action "shall be stayed . . . until [the] court conducts a hearing, and makes a determination, as to the appropriate forum" in which this action should be litigated. This action is stayed under § 233(l)(2).  Further, should Defendant decide to file a motion in which he seeks to be certified as acting within the scope of his office or employment, that motion shall be timely filed and noticed for hearing no later than July 14, 2008 at 9:00 a.m.

4. Dr. LiVolsi filed his Motion to Certify Pursuant to 28 U.S.C. § 2679(d)(3) on June 13, 2008.  Docket No. 11.

5. On June 27, 2008, the United States filed a Notice of Certification of Scope of Employment [Docket No. 16] which certified that Dr. LiVolsi was acting within the scope of his employment at the time of the incidents alleged in the complaint.  The United States filed a Notice of Substitution which substituted the United States as defendant in place of Dr. LiVolsi pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233 as to all causes of action.  Docket No. 16-2.

6. Dr. LiVolsi withdrew his certification motion on June 27, 2008.  Docket No. 15.

7. Now that the United States has certified that Dr. LiVolsi was acting in the scope of his employment and has substituted into this case as the proper party defendant, the United States believes that this Court is the appropriate forum in which this case should be litigated and that a hearing for purposes of making this determination is no longer necessary.

8. Accordingly, the United States respectfully requests that the Court enter an order lifting the stay in this case.

DATED:  July 9, 2008                              Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:      /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

**PROPOSED ORDER**

IT IS HEREBY ORDERED that, good cause appearing, the stay imposed by the Court pursuant to 42 U.S.C. § 233(l)(2) is hereby lifted, effective immediately.

UNITED STATES DISTRICT JUDGE

United States of America's Request
For An Order Lifting Stay; Proposed Order                2