UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
JACQUELINE CONNELL,           )
                              )    2:08-cv-00062-GEB-CMK
          Plaintiff,          )
                              )
     v.                       )    ORDER OF DISMISSAL
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
                              )
```

      Since the United States of America has not been substituted as defendant in this action and it has not been shown that jurisdiction over the action exists, this action is dismissed.

      IT IS SO ORDERED.

Dated: September 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1