UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACQUELINE CONNELL,               )
                                  )     2:08-cv-00062-GEB-CMK
              Plaintiff,          )
                                  )
         v.                       )     ORDER
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Defendant.          )
——————————————————————————————————)

        Plaintiff's motion to file an amended complaint in this
action is granted.  The judgment is vacated and the Clerk of Court
shall reopen this action.

Dated:  September 18, 2008


                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge