McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE CONNELL,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 2:08-cv-00062 GEB CMK<br><br>**STIPULATION FOR MENTAL EXAMINATION; ORDER** |

It is stipulated that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, plaintiff will submit to a mental examination by Robert F. Asarnow, Ph.D. on November 3, 2008 at a place and time that is agreed to by the parties.

DATED: September 5, 2008                         McGREGOR W. SCOTT
                                                              United States Attorney

                                           By:  */s/ Lynn Trinka Ernce*
                                                  LYNN TRINKA ERNCE
                                                  Assistant United States Attorney

DATED: September 4, 2008                         ALTEMUS & WAGNER

                                           By:  /s/ Stewart Altemus
                                                  STEWART ALTEMUS
                                                  Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: September  23 2008                      /s/ Craig M. Kellison
                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE