IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE CONNELL,             )
                                )
            Plaintiff,          )    2:08-cv-00062-GEB-CMK
                                )
    v.                          )    ORDER
                                )
UNITED STATES OF AMERICA,       )
                                )
            Defendant.          )
_____)

On April 17, 2009, Plaintiff filed an opposition to Defendant's summary judgment motion, which contains a challenge to the government's certification that Dr. Frank LiVolsi "was acting in the scope of his employment . . . at the time of the alleged incidents" in Plaintiff's Complaint. (Dkt. No. 16, Certification.) Since this issue is not involved in Defendant's motion, and Plaintiff failed to noticed this challenge in a motion as required by Local Rule 78-230(b), this challenge in Plaintiff's April 17, 2009 opposition is stricken.

Further, Plaintiff filed an unauthorized supplemental opposition to Defendant's summary judgment motion on April 30, 2009. However, "[n]either the Federal Rules of Civil Procedure nor the Local Rules provide a right to file" a supplemental opposition.

1

Dell'Antonia v. California, No. 1:00-cv-06602, 2007 WL 810096, at *1 (E.D. Cal. Mar. 15, 2007) (striking supplemental opposition that was filed without leave of court); therefore, Plaintiff's supplemental opposition is also stricken.

Dated: May 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge