IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELINE CONNELL,  )
                     )
        Plaintiff,   )   2:08-cv-00062-GEB-CMK
                     )
    v.               )   ORDER
                     )
UNITED STATES OF AMERICA, )
                     )
        Defendant.   )
_____)

Argument on Defendant's motion was heard on May 4, 2009. Plaintiff failed to appear at the hearing. For the reasons stated on the record at the hearing, Plaintiff's third cause of action for assault and battery, and fourth cause of action for sexual battery are dismissed under Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction; Defendant's summary judgment motion on Plaintiff's second cause of action for intentional infliction of emotional distress is denied; Defendant's summary judgment motion on Plaintiff's first cause of action for negligence is granted; and Defendant's request under Federal Rule of Civil Procedure 56(d) for

//

//

1

the Court to "determine what material facts are not genuinely at issue" is denied.

Dated: May 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge