IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE CONNELL, | ) | 2:08-cv-00062-GEB-CMK |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

      Defendant United States of America filed a motion on July 17, 2009, in which it moves to dismiss Plaintiff's sole remaining claim of intentional infliction of emotional distress for lack of subject matter jurisdiction and for partial summary judgment of that claim. The dismissal portion of the motion is over-broad and therefore denied. Further, it is unclear what partial summary judgment is sought; therefore, that portion of the motion is also denied. Accordingly, the August 17, 2009, hearing on the motion is vacated.

Dated: August 11, 2009

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge