IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAQUELINE CONNELL,          )
                            )
         Plaintiff,         )   2:08-cv-00062-GEB-CMK
                            )
    v.                      )   ORDER
                            )
UNITED STATES OF AMERICA,   )
                            )
         Defendant.         )
_____)

   Since the United States argues in the Joint Pretrial Conference Statement filed on October 9, 2009 that the Court is without subject matter jurisdiction because Plaintiff failed to file an administrative intentional infliction of emotional distress claim as required by the Federal Tort Claims Act, this issue shall be briefed as follows.  The United States shall file its motion on this subject matter jurisdictional issue no later than October 30, 2009, Plaintiff's opposition shall be filed no later than November 13, 2009, and the United States' reply shall be filed no later than November 20, 2009.  The motion is scheduled for hearing on December 7, 2009, commencing at 9:00 a.m.

Dated:  October 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1